UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

UNITED STATES OF AMERICA,

    Plaintiff,

v.

EMILY A. FAULKNER,

    Defendant.

Case No. 19-cr-40030-JPG

## MEMORANDUM AND ORDER

    This matter comes before the Court for on defendant Emily A Faulkner's "Motion for Hardship Credit for Hardtime Service" (Doc. 58). She asks the Court to award her two days credit for every one of the 564 days she claims she has served at the Jackson County Jail, presumably in connection with her detention or incarceration for the offenses in this case. She claims an entitlement to the reduced sentence because of the harsh restrictions at the jail with respect to exercise, diet, isolation, and hygiene.

    The Court does not have jurisdiction to entertain this motion. Faulkner is attacking the computation under 18 U.S.C. § 3585(b) of sentence credit for time served, a matter committed in the first instance to the Attorney General, through the Bureau of Prisons, not the sentencing court. *United States v. Wilson*, 503 U.S. 329, 334 (1992); *United States v. Walker*, 917 F.3d 989, 993-94 (7th Cir. 2019). If a prisoner disagrees with the Bureau of Prisons' computation of sentence credit, she may seek administrative review and then file a petition under 28 U.S.C. § 2241 in the district of her confinement. *Walker*, 917 F.3d at 994 (citing *Jake v. Herschberger*, 173 F.3d 1059, 1063 (7th Cir. 1999); *United States v. Koller*, 956 F.2d 1408, 1417 (7th Cir. 1992)). This Court does not have jurisdiction to give the defendant credit for the time in question. *See Walker*, 917 F.3d at 993-94 (citing *United States v. McGee*, 60 F.3d 1266, 1272 (7th Cir. 1995); *United States v. Ross*, 219 F.3d 592, 594 (7th Cir. 2000).

    For this reason, the Court **DISMISSES** Faulkner's motion (Doc. 58).

**IT IS SO ORDERED.**
**DATED: March 31, 2021**

                                                                s/ J. Phil Gilbert
                                                              **J. PHIL GILBERT**
                                                               **DISTRICT JUDGE**